UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Charles Edward Wimes and Gwendolyn Gillins Wimes**

Case No. 06-80336

S.S. Nos.: xxx-xx-7420 and xxx-xx-5847
Mailing Address: 701 Chandler Road, Durham, NC 27703-

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on March 20, 2006.

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTORS, DEBTORS' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED. OFFICIAL NOTICE WILL BE SENT TO YOU AND ALL OTHER CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN. YOU MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN. PLEASE NOTE**:

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: April 6, 2006

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 6/7/05)

| CH. 13 PLAN - DEBTS SHEET (MIDDLE) | | | | Debtor Name(s): Charles Edward Wimes and Gwendolyn Fennell Wimes | | |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Collateral | ** |
|---|---|---|---|
| Sprint | | Cell Phone | |
| Alltel | | Cell Phone | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| N/A | |
| | |

## INSIDE PLAN

### Arrearage Claims

| Creditor Name | Sch D # | Arrearage | ** |
|---|---|---|---|
| HSBC Mortgage | | $1,968.00 | |

### REJECTED EXECUTORY CONTRACT/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| N/A | |

| LTD - Retain / DOT on Principal Res. & Other Long Term Debts | Sch. D # | Monthly Contract Amt. | ** | Adequate Protection | Minimum Equal Pmt. | Type of Collateral |
|---|---|---|---|---|---|---|
| HSBC Mortgage | | $946.00 | | N/A | $946.00 | House and Land |

| STD - Retain / Secured Debts (Paid at FMV) | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Pmt. | Type of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

| STD - Retain / Secured Debts & 910 Vehicles (Pay 100%) | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Pmt. | Type of Collateral |
|---|---|---|---|---|---|---|
| Citifinancial Auto | | $27,166.00 | 0.00% | $85.00 ~~ | $494.00 | 2004 Toyota 4 Runner |
| HSBC Auto Finance | | $16,268.00 | 0.00% | $220.00 ⁹⁹ | $296.00 | 1999 Dodge Ram |

| Attorney Fee (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800.00 |

| Secured Taxes | Secured Amt. |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes On Retained Realty | $1,300.00 |

| Unsecured Priority Debts | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $540.00 |
| Alimony or Child Support Arrearage | |

| Cosign Protect Debts (Pay 100%) | Int. % | Payoff Amt. |
|---|---|---|
| | | |

| General Unsecured Non-Priority Debts (See*) | $0.00 |
|---|---|

### PROPOSED PLAN PAYMENT

$1,977.00 per month for 18 months, followed by

$1,940.00 per month for 37 months.

### OTHER PROVISIONS

Plan to allow 3 waivers on request

** = Include two (2) post-petition payments in pre-petition arrearage in plan.
Sch D # = The number of the secured debt as listed on Schedule D.
Int. Rate = Interest Rate to be paid on secured claim = Trustee's rate, unless otherwise indicated (where contract rate is lower than Trustee's rate).
Adequate Protection = Monthly "Adequate Protection" payment amount.
* = DMI multiplied by the total number of months of plan, minus total of unsecured priority and co-sign protect debts.

middle1.wpt (rev. November 27, 2005)   Page 4 of 4

## CERTIFICATE OF SERVICE

Gabrielle Morrison, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Gabrielle Morrison
Gabrielle Morrison

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Capital One**
15000 Capital One Drive
Richmond, VA 23238-1119

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

CitiFinancial
3823 Guess Road
Durham, NC 27705-1505

HSBC Auto Finance
Post Office Box 17904
San Diego, CA 92177-7904

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-1126

Citifinancial
PO Box 6931
The Lakes, NV 88901

HSBC Mortgage Services
Post Office Box 9068
Brandon, FL 33509-9068

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

CitiFinancial Auto
Post Office Box 1437
Minneapolis, MN 55440-1437

I.C. Systems, Inc.
Post Office Box 64378
Saint Paul, MN 55164-4378

Alltel

Citifinancial Auto
P.O. Box 183036
Columbus, OH 43218-3036

Internal Revenue Service (MD)
Post Office Box 21126
Philadelphia, PA 19114-1126

Auto One Acceptance**
Post Office Box 1472
Minneapolis, MN 55440-1472

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

J.L. Walston & Associates
1058 West Club Boulevard # 145
Durham, NC 27701-1167

BP Amoco
The Credit Card Center
P.O. Box 689014
Des Moines, IA 50368-9014

Credit Financial Services
Post Office Box 451
Durham, NC 27702-0451

J.L. Waltson & Associates
1058 West Club Boulevard # 145
Durham, NC 27701-1167

Capital One Bank
Attn: Remittance Processing
P.O. Box 70884
Charlotte, NC 28272-0884

Credit Financial Services
Post Office Box 530
Durham, NC 27702-0530

Midland Credit Management
Department 8870
Los Angeles, CA 90084-8870

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Duke Private Diagnostic Clinic
Post Office Box 900002
Raleigh, NC 27675-9000

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

| | |
|---|---|
| North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | West Asset Management<br>Post Office Box 2548<br>Sherman, TX 75091-2548 |
| North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | West Asset Management<br>P.O. Box 1420<br>Sherman, TX 75091-1420 |
| RSKMGTNAN2<br>2675 Breckinridge Boulevard<br>N Augusta NAGEZ2 OFC SRVC (CR)<br>Duluth, GA 30096 | |
| Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven, FL 32444 | |
| Security Collection Agency<br>3803-B Computer Drive, Ste 100<br>Raleigh, NC 27609 | |
| Sprint | |
| United States Attorney<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27402 | |
| US Department of Education<br>Post Office Box 7202<br>Utica, NY 13504-7202 | |
| Wells Fargo Financial<br>6815 Fayetteville Road<br>Suite 102<br>Durham, NC 27713 | |