ST-6

CHARLES EDWARD WIMES                                    B-06-80336 C-13D
GWENDOLYN GILLINS WIMES


           C E R T I F I C A T E   O F   M A I L I N G



        I,  Melissa Lloyd         , Chapter 13 Clerk in the Standing
Trustee's office, Durham, North Carolina, do hereby certify that on
this date I mailed a copy of a section 341 meeting of creditors notice
and three claim forms to:



Claim Number 0048        QUEST DIAGNOSTICS
                         P O BOX 3010
Scheduled Amount         SOUTHWESTERN PA
$    215.18                                 19398-3010
                          (NOTIFIED 07/28/06)
                         Account Number 3787289001

Claim Number 0049        DURHAM COUNTY EMER MED SERVICE
                         402 STADIUM DRIVE
Scheduled Amount         DURHAM NC
$    239.20                                 27704
                          (NOTIFIED 07/28/06)
                         Account Number PAT-067420

Claim Number 0050        DURHAM RADIOLOGY ASSOCIATION
                         P O BOX 13166
Scheduled Amount         ROANOKE VA
$     13.02                                 24031-3166
                          (NOTIFIED 07/28/06)
                         Account Number GEMDUR*484*5377122

Claim Number 0051        DURHAM REGIONAL HOSPITAL
                         3643 NORTH ROXBORO STREET
Scheduled Amount         DURHAM NC
$ 1,359.45                                  27704
                          (NOTIFIED 07/28/06)
                         Account Number 5369522,5377122



        I hereby give notice of this creditor to the Office of the
Clerk of the U. S. Bankruptcy Court by forwarding this Certificate of
Mailing.

        This the  28th of July     , 2006.


                                         s/ Melissa Lloyd
 cc: JOHN T ORCUTT
     File