```
                      UNITED STATES BANKRUPTCY COURT
                       Middle District of North Carolina

IN RE:
    CHARLES EDWARD WIMES                           CASE NO. 06-80336
    GWENDOLYN GILLINS WIMES                        JUDGE William L. Stocks
    701 CHANDLER ROAD
    DURHAM NC
                              27703                DATE: 10/09/06
         Debtor(s)

---SSN(1)XXX-XX-7420 SSN(2)XXX-XX-5847-------------------------------------

                          REPORT OF FILED CLAIMS
---------------------------------------------------------------------------

     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.


---------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
---------------------------------------------------------------------------
ASCENSION CAPITAL GROUP L P                  .00    NOTICES ONLY
% CAPITAL ONE AUTO FIN DEPT         INT:    .00%    NOT FILED
P O BOX 201347                           103089    ACCT:
ARLINGTON TX                  76006-0000    0037    COMM:
---------------------------------------------------------------------------
AUTO ONE ACCEPTANCE                          .00    Unsecured
P O BOX 1472                        INT:    .00%    NOT FILED
MINNEAPOLIS MN                           037133    ACCT:601103971
                              55440-1472    0012    COMM:
---------------------------------------------------------------------------
CAPITAL ONE                                  .00    NOTICES ONLY
P O BOX 30285                       INT:    .00%    NOT FILED
SALT LAKE CITY UT                        153317    ACCT:REP:CAPITAL ONE BANK
                              84130-0285    0016    COMM:REP:CAPITAL ONE BANK
---------------------------------------------------------------------------
CAPITAL ONE BANK                          553.16    Unsecured
% TSYS DEBT MANAGEMENT              INT:    .00%
P O BOX 5155                             110808    ACCT:41 TDM 8211 5018288
NORCROSS GA                   30091-0000    0015    COMM:B0000000 7006664NCM2
---------------------------------------------------------------------------
CAPITAL ONE BANK                        1,622.47    Unsecured
% TSYS DEBT MANAGEMENT              INT:    .00%
P O BOX 5155                             110808    ACCT:43 TDM 417934 99216
NORCROSS GA                   30091-0000    0017    COMM:B0000000 7007405NCM2
---------------------------------------------------------------------------
CAPITAL ONE BANK                        2,355.94    Unsecured
% TSYS DEBT MANAGEMENT              INT:    .00%
P O BOX 5155                             110808    ACCT:48TDM 6249 8025 835
NORCROSS GA                   30091-0000    0018    COMM:B0000000 7006111NCM2
---------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
CITI                                         .00    NOTICES ONLY
P O BOX 6931                         INT:   .00%    NOT FILED
THE LAKES NV                              418231    ACCT:REP:CITIFINANCIAL
                             88901-6931     0020    COMM:REP:CITIFINANCIAL
--------------------------------------------------------------------------------
CITIFIANCIAL AUTO                            .00    NOTICES ONLY
P O BOX 183036                       INT:   .00%    NOT FILED
COLUMBUS OH                               264363    ACCT:REP:CITIFINAN AUTO
                             43218-3036     0002    COMM:REP:CITIFINAN AUTO
--------------------------------------------------------------------------------
CITIFINANCIAL                           8,473.72    Unsecured
P O BOX 70923                        INT:   .00%
CHARLOTTE NC                              138187    ACCT:20-0908-0127303
                             28272-0923     0019    COMM:
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO LTD                 28,033.89    VEHICLE
P O BOX 1472                         INT:  9.50%
MINNEAPOLIS MN                            077026    ACCT:40301, 227927
                             55440-1472     0001    COMM:04 TOYOTA 4RUNNER
--------------------------------------------------------------------------------
CREDIT BUREAU                                .00    NOTICES ONLY
P O BOX 26140                        INT:   .00%    NOT FILED
GREENSBORO NC                             116929    ACCT:
                             27402-0000     0038    COMM:
--------------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO                  .00    Unsecured
P O BOX 26140                        INT:   .00%    NOT FILED
GREENSBORO NC                             086884    ACCT:
                             27402-0000     0021    COMM:
--------------------------------------------------------------------------------
CREDIT FINANCIAL SERVICES                    .00    Unsecured
P O BOX 451                          INT:   .00%    NOT FILED
DURHAM NC                                 082394    ACCT:3050060001299147
                             27702-0451     0022    COMM:
--------------------------------------------------------------------------------
CREDIT FINANCIAL SERVICES                    .00    NOTICES ONLY
P O BOX 530                          INT:   .00%    NOT FILED
DURHAM NC                                 098135    ACCT:REP:CREDIT FIN SRVCS
                             27702-0000     0023    COMM:REP:CREDIT FIN SRVCS
--------------------------------------------------------------------------------
DUKE PRIVATE DIAGNOSTIC CLINIC               .00    Unsecured
P O BOX 900002                       INT:   .00%    NOT FILED
RALEIGH NC                                054064    ACCT:934862074108
                             27675-9000     0024    COMM:
--------------------------------------------------------------------------------
DUKE UNIVERSITY HEALTH SYSTEMS          4,372.10    Unsecured
P O BOX 900002                       INT:   .00%
RALEIGH NC                                370499    ACCT:P57884,X83013
                             27675-0000     0040    COMM:
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX OFFICE           2,944.52    Secured
200 E MAIN STREET 1ST FLOOR           INT:  9.00%
P O BOX 3397                            010288      ACCT:8251321
DURHAM NC                     27702-0000    0005    COMM:05,06 REAL PROP TAX
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX OFFICE              88.69    Secured
200 E MAIN STREET 1ST FLOOR           INT:  9.00%
P O BOX 3397                            010288      ACCT:8236460
DURHAM NC                     27702-0000    0052    COMM:06 REAL PROPERTY TAX
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX OFFICE             323.87    Priority
200 E MAIN STREET 1ST FLOOR           INT:   .00%
P O BOX 3397                            010288      ACCT:8236460
DURHAM NC                     27702-0000    2052    COMM:05 VEHICLE TAXES
------------------------------------------------------------------------------
DURHAM CO EMS                             485.00    Unsecured
OFFICE OF COUNTY ATTY                 INT:   .00%
P O BOX 3508                            328815      ACCT:5106
DURHAM NC                     27702-0000    0046    COMM:EMS
------------------------------------------------------------------------------
DURHAM COUNTY EMER MED SERVICE               .00    Unsecured
402 STADIUM DRIVE                     INT:   .00%  NOT FILED
DURHAM NC                               105669      ACCT:PAT-067420
                              27704-0000    0049    COMM:NOTIFIED 07/28/06
------------------------------------------------------------------------------
DURHAM COUNTY REGISTER OF DEED             28.00    Special Cost Item
COUNTY JUDICIAL BUILDING              INT:   .00%
DURHAM NC                               012700      ACCT:
                              27702-0000    0047    COMM:RECORD NOTICE
------------------------------------------------------------------------------
DURHAM RADIOLOGY ASSOCIATION                 .00    Unsecured
P O BOX 13166                         INT:   .00%  NOT FILED
ROANOKE VA                              054358      ACCT:GEMDUR*484*5377122
                              24031-3166    0050    COMM:NOTIFIED 07/28/06
------------------------------------------------------------------------------
DURHAM REGIONAL HOSPITAL                     .00    Unsecured
3643 NORTH ROXBORO STREET             INT:   .00%  NOT FILED
DURHAM NC                               121503      ACCT:5369522,5377122
                              27704-0000    0051    COMM:NOTIFIED 07/28/06
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00    Unsecured
ATTN BENEFIT PAYMENT CONTROL          INT:   .00%  NOT FILED
P O BOX 26504                           406559      ACCT:
RALEIGH NC                    27611-6504    0026    COMM:
------------------------------------------------------------------------------
HSBC AUTO FINANCE                      16,586.88    VEHICLE
F/K/A HOUSEHOLD AUTO FIN CORP         INT:   .00%
P O BOX 17906                           138765      ACCT:500001770840/264835
SAN DIEGO CA                  92177-0000    0003    COMM:99 DODGE RAM
------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES                    948.79    CONTINUING DEBT
636 GRAND REGENCY BLVD               INT:    .00%
BRANDON FL                                298267    ACCT:7420,0989/REG PMT
                               33510-0000    0004   COMM:1ST DEED/TRUST (RES)
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES                       .00    NOTICES ONLY
1270 NORTHLAND DRIVE STE 200         INT:    .00%   NOT FILED
MENDOTA HEIGHTS MN                        305559    ACCT:
                               55120-0000    0044   COMM:REP:HSBC MORTG SERV
--------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES                   5,702.38   ARREARS-MORTGAGES/MOBILE HOME
636 GRAND REGENCY BLVD               INT:    .00%
BRANDON FL                                298267    ACCT:7420,0989/ARREARS
                               33510-0000    0045   COMM:ARREARS/1ST D/T(RES)
--------------------------------------------------------------------------------
IC SYSTEMS                                   .00    Unsecured
P O BOX 64378                        INT:    .00%   NOT FILED
ST PAUL MN                                069579    ACCT:4203228313
                               55164-4378    0027   COMM:
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                 9,479.79   Priority
P O BOX 21125                        INT:    .00%
PHILADELPHIA PA                           010053    ACCT:5847,7420
                               19114-0000    0006   COMM:04 INCOME TAX
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                   34.02    Unsecured
P O BOX 21125                        INT:    .00%
PHILADELPHIA PA                           010053    ACCT:5847,7420
                               19114-0000    2006   COMM:97 INCOME TAX
--------------------------------------------------------------------------------
JL WATSON & ASSOCIATES                       .00    Unsecured
1058 W CLUB BLVD #145                INT:    .00%   NOT FILED
DURHAM NC                                 035745    ACCT:1443994/1005953
                               27701-1167    0028   COMM:
--------------------------------------------------------------------------------
JL WATSON & ASSOCIATES                       .00    Unsecured
1058 W CLUB BLVD #145                INT:    .00%   NOT FILED
DURHAM NC                                 035745    ACCT:1117083
                               27701-1167    0029   COMM:
--------------------------------------------------------------------------------
LVNV FUNDING LLC                          365.88    Unsecured
% RESURGENT CAPITAL SERVICES         INT:    .00%
P O BOX 10587                             134183    ACCT:2133
GREENVILLE SC                  29603-0587    0014   COMM:CITIBANK NA/BP
--------------------------------------------------------------------------------
MIDLAND CREDIT MANAGEMENT INC                .00    NOTICES ONLY
DEPARTMENT 8870                      INT:    .00%   NOT FILED
LOS ANGLES CA                             073568    ACCT:REP:AUTO ONE ACCEPT
                               90084-8870    0013   COMM:REP:AUTO ONE ACCEPT
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
NC CHILD SUPPORT                             .00    Priority
CENTRALIZED COLLECTIONS             INT:    .00%    DIRECT
P O BOX 900006                            066666    ACCT:
RALEIGH NC                        27675-9006 0008   COMM:PAY DIRECT
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    Priority
BANKRUPTCY UNIT/OFFC SERV DIV       INT:    .00%    NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                        27602-1168 0009   COMM:
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% NC DEPARTMENT OF JUSTICE          INT:    .00%    NOT FILED
P O BOX 629                               065002    ACCT:REP:NC DEPT OF REV
RALEIGH NC                        27602-0629 0010   COMM:REP:NC DEPT OF REV
------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% REGINALD S HINTON                 INT:    .00%    NOT FILED
P O BOX 25000                             042496    ACCT:REP:NC DEPT OF REV
RALEIGH NC                        27640-5000 0011   COMM:REP:NC DEPT OF REV
------------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM                  .00    NOTICES ONLY
P O BOX 26504                       INT:    .00%    NOT FILED
RALEIGH NC                                053112    ACCT:
                                  27611-0000 0039   COMM:
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES           5,756.31    Unsecured
P O BOX 12914                       INT:    .00%
NORFOLK VA                                040562    ACCT:4361 4512 0048 5035
                                  23541-0000 0042   COMM:PROVIDIAN NATL BNK
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES                .00    NOTICES ONLY
P O BOX 41067                       INT:    .00%    NOT FILED
NORFOLK VA                                056572    ACCT:
                                  23541-1067 0043   COMM:
------------------------------------------------------------------------------
QUEST DIAGNOSTICS                            .00    Unsecured
P O BOX 3010                        INT:    .00%    NOT FILED
SOUTHWESTERN PA                           196877    ACCT:3787289001
                                  19398-3010 0048   COMM:NOTIFIED 07/28/06
------------------------------------------------------------------------------
RSKMGTNAN4                                   .00    Unsecured
2675 BRECKENRIDGE BOULEVARD         INT:    .00%    NOT FILED
DULUTH GA                                 122239    ACCT:5756867
                                  30096-0000 0030   COMM:
------------------------------------------------------------------------------
SALLIE MAE INC ON BEHALF USAF           6,529.81    Unsecured
% SALLIE MAE GUARANTEE SVS INC      INT:    .00%
P O BOX 6180                              212664    ACCT:5847
INDIANAPOLIS IN                   46206-6180 0031   COMM:STUDENT LOAN
------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT     CLASSIFICATION
--------------------------------------------------------------------------------
SECURITY COLLECTION AGENCY                  .00    NOTICES ONLY
3803-B COMPUTER DRIVE STE 100       INT:   .00%    NOT FILED
RALEIGH NC                               060275    ACCT:REP:DUKE PRIV DIAGNO
                                27609-0000   0025  COMM:REP:DUKE PRIV DIAGNO
--------------------------------------------------------------------------------
U S ATTORNEY                                .00    NOTICES ONLY
MIDDLE DISTRICT                     INT:   .00%    NOT FILED
P O BOX 1858                             060968    ACCT:REP:IRS
GREENSBORO NC                   27402-0000   0007  COMM:REP:IRS
--------------------------------------------------------------------------------
U S ATTORNEY                                .00    NOTICES ONLY
MIDDLE DISTRICT                     INT:   .00%    NOT FILED
P O BOX 1858                             060968    ACCT:REP:US DEPT OF EDU
GREENSBORO NC                   27402-0000   0033  COMM:REP:US DEPT OF EDU
--------------------------------------------------------------------------------
US DEPARTMENT OF EDUCATION                  .00    NOTICES ONLY
DIRECT LOAN SERVICING CENTER        INT:   .00%    NOT FILED
P O BOX 5609                             261516    ACCT:
GREENVILLE TX                   75403-5609   0041  COMM:STUDENT LOAN
--------------------------------------------------------------------------------
US DEPT OF EDUCATION                   7,709.93    Unsecured
P O BOX 530260                      INT:   .00%
ATLANTA GA                               096880    ACCT:58471
                                30353-0260   0032  COMM:STUDENT LOAN
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL NC INC             889.12    Unsecured
4137 121ST STREET                   INT:   .00%
URBANDALE IA                             083060    ACCT:8463,167181694
                                50323-0000   0034  COMM:
--------------------------------------------------------------------------------
WEST ASSET MANAGEMENT                       .00    Unsecured
P O BOX 2548                        INT:   .00%    NOT FILED
SHERMAN TX                               181303    ACCT:1483008
                                75091-2548   0035  COMM:
--------------------------------------------------------------------------------
WEST ASSET MANAGEMENT                       .00    NOTICES ONLY
P O BOX 1420                        INT:   .00%    NOT FILED
SHERMAN TX                               206223    ACCT:REP:WEST ASSET MGMT
                                75091-1420   0036  COMM:REP:WEST ASSET MGMT
--------------------------------------------------------------------------------
TOTAL                                103,284.27
--------------------------------------------------------------------------------
JOHN T ORCUTT                          2,300.00    ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                                27615-0000
--------------------------------------------------------------------------------
```

RICHARD M HUTSON II
P O BOX 3613
DURHAM NC
27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

   The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the debtor or other party in interest.

   Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, US Bankruptcy Court
> 101 S. Edgeworth Street
> PO Box 26100
> Greensboro, NC  27420-6100

   If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 10/09/2006          By: /S/ Brenda Sprouse
                              Clerk
                              Chapter 13 Office
                              PO Box 3613
                              Durham, NC  27702-3613

cc:   Debtor(s)
      Attorney for Debtor(s)