C-13-15(a)Motion
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Charles E. Wimes | ) | **Motion and Notice** |
| Gwendolyn G. Wimes | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-06-80336 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On June 15, 2006, the Debtors' plan was confirmed. The Standing Trustee has received a proof of claim in favor of Durham County Tax Administration in the amount of $3,368.56 representing post-petition taxes for tax years 2006-2008. The Debtors' plan will not accommodate the inclusion of these taxes without violating the 60-month time limitation found in 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered providing that the Debtors shall pay the claim of Durham County Tax Administration directly to said creditor.

Date: February 17, 2009                                          s/Richard M. Hutson, II
    ej                                                                          Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   March 17, 2009,   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on   March 30, 2009,   at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date: February 17, 2009                                                      OFFICE OF THE CLERK
                                                                                            U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**06-80336 C-13D**

Charles E. Wimes
Gwendolyn G. Wimes
701 Chandler Rd.
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Durham Co. Tax Administration
PO Box 3397
Durham, NC  27702