# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF:       )          No. B-0680336  C-13D

Charles E. Wimes            )

Gwendolyn G. Wimes      )

                                )

      Debtors             )

## <u>ORDER</u>

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to provide for a claim in favor of Durham County Tax Administration, and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 17, 2009, by the Clerk of Court setting March 17, 2009, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

      ORDERED that the claim in favor of Durham County Tax Administration in the amount of $3,368.56 shall be paid directly by the Debtors to said creditor.

Charles E. Wimes
Gwendolyn G. Wimes
701 Chandler Rd.
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Durham Co. Tax Administration
PO Box 3397
Durham, NC  27702