## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Charles Edward Wimes | ) | **Motion and Notice** |
| Gwendolyn Gillins Wimes | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-06-80336 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

HSBC Mortgage Services filed Trustee's Claim No. 4 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that the monthly principal and interest payment has been changed to $1,172.63 effective April, 2009.

The Standing Trustee respectfully recommends to the Court that an Order be entered providing a monthly payment to HSBC Mortgage Services of $1,172.63 effective April, 2009.


Date:   March 26, 2009                                         s/Richard M. Hutson, II
       ltp                                                     Standing Trustee
-------------------------------------------------------------------------------------------------------

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before April 27, 2009, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*


If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on May 13, 2009, at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date:   March 26, 2009                                         OFFICE OF THE CLERK
                                                               U.S. Bankruptcy Court

Charles Edward Wimes
Gwendolyn Gillins Wimes
701 Chandler Road
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

HSBC Mortgage Services
Post Office Box 9068
Brandon, FL 33509-9068