**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Charles E. Wimes | ) | **Motion and Notice** |
| Gwendolyn G. Wimes | ) | **Chapter 13** |
| | ) | |
| | ) | No: B-06-80336 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

HSBC Mortgage Services filed Trustee's Claim No. 4 which was allowed as a secured long-term continuing debt. The Trustee has been informed by HSBC Mortgage Services that principal and interest payments have been changed to $1,114.49 effective April, 2010.

The Standing Trustee respectfully recommends to the Court that an Order be entered amending the claim and providing a monthly payment to HSBC Mortgage Services of $1,114.49 effective April, 2010.

Date: March 25, 2010            s/Richard M. Hutson, II
   ej            Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>April 25, 2010,</u> with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>May 12, 2010,</u> at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: March 25, 2010            OFFICE OF THE CLERK
           U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**06-80336 C-13D**

Charles E. Wimes
Gwendolyn G. Wimes
701 Chandler Rd.
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

HSBC Mortgage Services
PO Box 9068
Brandon, FL  33509-9068