C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF: ) No. B-06-80336 C-13D
Charles E. Wiimes )
Gwendolyn G. Wimes )
 )
    Debtor )

## **ORDER**

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend Claim No. 4 in favor of HSBC Mortgage, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 25, 2010, by the Clerk of Court setting April 25, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that HSBC Mortgage shall be paid at the rate of $1,114.49 per month effective April, 2010.

# PARTIES IN INTEREST
## Page 1 of 1
## 06-80336 C-13D

Charles E. Wiimes
Gwendolyn G. Wimes
701 Chandler Rd.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

HSBC Mortgage
PO Box 9068
Brandon, FL 33509-9068