C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Charles Edward Wimes )     **Motion and Notice**
      Gwendolyn Gillins Wimes )     **Chapter 13**
       )
       )     No. B-06-80336 C-13D
      Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

HSBC filed Trustee's Claim No. 4 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that the monthly principal and interest payment has been changed from $1,149.50 to $1,126.40 effective April, 2011.

The Standing Trustee respectfully recommends to the Court that an Order be entered providing a monthly payment to HSBC of $1,126.40 effective April, 2011.

Date: April 5, 2011                          s/Richard M. Hutson, II
     ltp                                       Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before May 5, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on May 19, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: April 5, 2011                          OFFICE OF THE CLERK
                                                      U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-06-80336 C-13D**

Charles Edward Wimes
Gwendolyn Gillins Wimes
6805 Bloomfield Haven Plance
Seffner, FL 33854

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

HSBC
Post Office Box 3425
Buffalo, NY 14240-9733