Form 210A (12/09)

# United States Bankruptcy Court

__Middle__ District Of __North Carolina__

In re __Charles and Gwendolyn Gillins__   Case No. __06-80336__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Santander Consumer USA__ | __HSBC Auto Finance__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Santander Consumer USA
P.O. Box 961245  Dallas, TX  76161

Phone: __888-437-4846__
Last Four Digits of Acct #: __5621__

Court Claim # (if known): _____
Amount of Claim: __16586.88__
Date Claim Filed:

Phone: __888-437-4846__
Last Four Digits of Acct. #: __0840__

Name and Address where transferee payments should be sent (if different from above):

Santander Consumer USA
P.O. Box 560284, Dallas, TX  75356
Phone: __888-437-4846__
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Jackie Allison__   Date: __04/08/92011__
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.