C-13-15
(Rev. 11/96)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Charles Edward Wimes | ) | |
|      Gwendolyn Gillins Wimes | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No: B-06-80336 C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors' Plan was confirmed June 15, 2006. The Standing Trustee has reviewed the Debtors' Plan and the plan exceeds the 60 month time limitation found in 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that the Debtors' case be dismissed as the plan exceeds 60 months in violation of 11 U.S.C. §1322(d).

Date: June 9, 2011                                                                     s/Richard M. Hutson, II
RMH:ltp                                                                                                          Standing Trustee

-------------------------------------------------------------------------------------------------------------------

## NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **July 28, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: June 9, 2011                                                                                        OFFICE OF THE CLERK
                                                                                                                     U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-06-80336 C-13D

Charles E. Wimes
Gwendolyn G. Wimes
6805 Bloomfield Haven Place
Seffner, NC 33854

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702